Michael CARUSO, Plaintiff—Appellee,

v.

STATE OF OREGON, Intervenor—Appellant,

and

Yamhill County, an Oregon municipal corporation, by and through its County Commissioner, Defendant.

No. 04–35522.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Linda K. Williams, Esq., Portland, OR, for Plaintiff–Appellee.

Daniel W. Meek, Esq., Attorney at Law, Portland, OR, Richard W. Wasserman, AGOR–Office of the Oregon Attorney General, Salem, OR, for Intervenor–Appellant.

John M. Gray, Esq., McMinville, OR, for Defendant.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

MEMORANDUM **

A review of the district court docket reflects that the docketing and filing fees for this appeal were paid on August 5,

2004. The Clerk shall amend this court's docket to so indicate.

Appellant's unopposed motion for summary reversal is granted. The district court's order is reversed and the matter is remanded for reconsideration in light of *Caruso v. Yamhill County*, 422 F.3d 848 (9th Cir.2005).

**REVERSED AND REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Gilbert S. Merritt, Senior Judge, United States Court Appeals for the Sixth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Cir. R. 36–3.